**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES HILL, D.O.** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:06CV243-LG-JMR** |
| | § | |
| **DEPARTMENT OF VETERANS AFFAIRS** § | | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on the Motion to Dismiss [40] filed by

Defendant, the Court, after a full review and consideration of Defendant's Motion and the

relevant legal authority, finds that in accord with the order entered herewith,

   **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss [40] is

**GRANTED**.  This case is hereby dismissed.

   **SO ORDERED AND ADJUDGED** this the 14th day of May, 2008.



   s/ *Louis Guirola, Jr.*
   LOUIS GUIROLA, JR.
   UNITED STATES DISTRICT JUDGE